David G. Halm, Esq. Bar No. 179957
NICOLSON LAW GROUP, PC
6320 Canoga Avenue, Suite 750
Woodland Hills, California 91367
Direct: (818) 858-1121
Office: (818) 858-1120
Fax:    (818) 858-1124
E-mail: halm@nicolsonlawgroup.com

Attorneys for Defendants TARGET CORPORATION
[Also erroneously sued as "TARGET"]; TARGET
STORES, INC.; TARGET BRANDS, INC. and TARGET
ENTERPRISE, INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ARYN NELSON,<br><br>  Plaintiff,<br><br>vs.<br><br>TARGET; TARGET STORES, INC.; TARGET BRANDS, INC.; TARGET CORPORATION; TARGET ENTERPRISE, INC.; AND DOES 1 TO 100, INCLUSIVE, AND EACH OF THEM,<br><br>  Defendants. | Case No. 2:17-cv-06498-RGK-PLA<br><br>**[PROPOSED] ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Case Filed: May 18, 2017<br>State Court Action Filed: March 28, 2017<br>Pretrial Conference: July 9, 2018 at 9:00 a.m.<br>Jury Trial: July 24, 2018, 9:00 a.m. |

On June 26, 2018, the parties jointly submitted a Stipulation of Dismissal, dismissing this entire action and claims herein, with prejudice, to the Court. Accordingly, this action and all claims herein are dismissed with prejudice, and the parties will bear their own respective attorneys' fees and costs.

**IT IS SO ORDERED.**

**Dated: June 27, 2018**

*Gary Klausner*
UNITED STATES DISTRICT JUDGE

-1-